**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00170 |
| v. | (Chief Judge Brann) |
| JAMES CASHER, | |
| Defendant. | |

### ORDER

**MARCH 22, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS
HEREBY ORDERED** that Defendant James Casher's Motion to Suppress
Evidence (Doc. 40) is **DENIED.**

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge