IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00170 |
| v. | (Chief Judge Brann) |
| JAMES CASHER, | |
| Defendant. | |

## ORDER

### OCTOBER 7, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant James Casher's Second Motion to Suppress Evidence and Motion for a *Franks* Hearing (Doc. 55) is **DENIED** as to the search of 193 Sunset Circle, Tioga, PA 16946. I reserve judgment as to the search of Defendant James Casher's person.

2. Defendant James Casher is to file supplemental briefing addressing what evidence, if any, would be suppressed based solely on the search of his person no later than October 28, 2024; and

3. The Government shall respond no later than November 18, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge